**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BONNIE CLAYBORN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIV-03-1726-R |
| | ) |
| JO ANNE B. BARNHART, | ) |
| | ) |
|     Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered August 3, 2005. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff is awarded reasonable attorney's fees in the amount of $3,112.50.

**IT IS SO ORDERED this 24th day of August, 2005.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE